# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

| | |
|---|---|
| **BRADLEY LIGGETT,**<br><br>Plaintiff,<br><br>v.<br><br>**UTAH HIGHER EDUCATION ASSISTANCE AUTHORITY,**<br><br>Defendant. | **ORDER**<br><br>Case No.: 2:20-cv-00124-CW-DBP<br><br>**District Judge:** Clark Waddoups<br><br>**Magistrate Judge:** Dustin B. Pead |

Pursuant to Plaintiff Bradley Liggett ("Plaintiff") and Defendant Utah Higher Education Assistance Authority's ("UHEAA") stipulated motion, and for good cause shown, UHEAA is dismissed without prejudice. Plaintiff and UHEAA will bear their own attorney's fees and costs.

Date: __2/2/2023_____

_____
Judge Clark Waddoups